**NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant, v. TIETJEN & LANG DRY DOCK COMPANY, Appellee.**

**BISON STEAMSHIP CORPORATION, Appellant, v. TIETJEN & LANG DRY DOCK COMPANY, Appellee.**

Circuit Court of Appeals, Second Circuit. June 3, 1929.

Nos. 314, 315.

Bigham, Englar, Jones & Houston and Macklin, Brown, Lenahan & Speer, all of New York City (Leonard J. Matteson and Paul Speer, both of New York City, of counsel), for appellants.

E. Curtis Rouse and Crowell & Rouse, all of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees [33 F.(2d) 354] affirmed.